I will respectfully dissent without an opinion on this one. Stuart, in noting dissent without opinion, please drop a footnote stating, "I respectfully dissent for the same reasons articulated in my dissent in *Tenet Hosps. Ltd. v. Balderrama*, No. 08-23-00263-CV, ___ S.W.3d ___, 2024 WL 3845451, (Tex. App.—El Paso Aug. 16, 2024, pet. filed)." Thank you.

---

**From:** Justice Gina Palafox <Gina.Palafox@txcourts.gov>
**Sent:** Tuesday, December 10, 2024 6:37 PM
**To:** Chief Justice Jeff Alley <jeff.alley@txcourts.gov>; Justice Lisa Soto <Lisa.Soto@txcourts.gov>
**Cc:** Amanda Chisholm <amanda.chisholm@txcourts.gov>; Stuart Alfsen <Stuart.Alfsen@txcourts.gov>; Crystal Almanza <Crystal.Almanza@txcourts.gov>
**Subject:** RE: Pathlink v. Baldarrama 08-24-00090-CV

I agree and join.

Thank you,
GP

---

**From:** Chief Justice Jeff Alley <jeff.alley@txcourts.gov>
**Sent:** Tuesday, December 10, 2024 2:49 PM
**To:** Justice Gina Palafox <Gina.Palafox@txcourts.gov>; Justice Lisa Soto <Lisa.Soto@txcourts.gov>
**Cc:** Amanda Chisholm <amanda.chisholm@txcourts.gov>; Stuart Alfsen <Stuart.Alfsen@txcourts.gov>; Crystal Almanza <Crystal.Almanza@txcourts.gov>
**Subject:** Pathlink v. Baldarrama 08-24-00090-CV

This is the companion to the Baldarrama case with Tenet Health Care we decided in August. This case involves the pathology group that did the autopsy. The opinion very closely tracts the earlier opinion. It does not reach the pathologist second argument that an autopsy is medical care. The Baldarramas filed a pet for review on our first case in early October. The TXSCT has not called for a response as of today. CJA

Jeff Alley
Chief Justice Eighth Court of Appeals
jeff.alley@txcourts.gov